IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION



| | | |
|---|---|---|
| KEITH JUDD,<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | MO-96-CA-122 |
| UNIVERSITY OF NEW MEXICO, et al.,<br>Defendants | §<br>§<br>§ | |

## ORDER BARRING FILINGS AND WARNING PLAINTIFF OF SANCTIONS

On this day came on to be considered the above-styled and numbered cause. The Court finds that this case has been closed for a considerable length of time; that the appeal filed, for which this case was the basis, has been dismissed and that there are no matters or issues left to resolve in this case. The Court also finds that Plaintiff Keith Russell Judd ("Plaintiff") has already been sanctioned in the instant case. The Court further finds that the Plaintiff continues to file frivolous motions regarding this case. Therefore, the Plaintiff should be barred from filing any further pleadings in this cause and from filing any additional lawsuits in the Western District of Texas unless he alleges an imminent threat of death or serious bodily injury and he obtains express written consent of a District Court Judge.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Keith Russell Judd is **BARRED** from filing any further pleadings in this case without first obtaining the express written consent of a United States District Court Judge.

**IT IS FURTHER ORDERED** that Plaintiff Keith Russell Judd is **BARRED** from filing any lawsuits in the Western District of Texas unless he alleges an imminent threat of death or serious bodily injury and obtains the express written consent of a United States District Court Judge.

1



**IT IS FURTHER ORDERED** that the Clerk of this Court shall **RETURN** any pleadings received without the written consent to the Plaintiff Keith Russell Judd along with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff Keith Russell Judd is hereby **WARNED** that the continued filing of frivolous pleadings may result in the imposition of additional sanctions, including but not limited to, monetary sanctions or contempt of court.

**IT IS FINALLY ORDERED** that any and all pending motions before this Court, in this case, are **DENIED**.

**SIGNED** on this 26th day of **February, 2001**.

*/s/ Royal Furgeson*
ROYAL FURGESON
United States District Judge
Western District of Texas