# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION
200 EAST WALL STREET, ROOM #107
MIDLAND, TEXAS 79701

**WILLIAM PUTNICKI**
CLERK OF COURT

July 2, 2008

Clerk of the Court
for the USCA Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Re:  Keith Russell Judd v. The University of New Mexico, et al
     Civil Action MO-96-CV-122/USCA 8-1360

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___ Certified copy of the interlocutory notice of appeal and docket entries.

___ Certified copy of notice of subsequent appeal and docket entries.

___ Record on appeal consisting of:___ volume(s) of numbered record:___ Volume(s) of transcript:____ Volume(s) under separate cover:

   ___ Pieces/container(s) of exhibits/depositions resent : _____PSI/SR

___ Supplemental record, including updated docket entries.

___ Copy of CJA-20 appointing counsel.

___ Judgment and Commitment Order.

_X_ Other: ___Copy of Order on IFP_____

With regard to the notice of appeal, the following additional information is furnished.

___ The Court of Appeals docket fee_____ **HAS**____ **HAS NOT** been paid.  ___ Motion IFP filed. __ No fee required by US.

___ This case_____ **is** _____ **is not,** proceeding in forma pauperis. ____Motion to appoint counsel on appeal filed.

___ Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed,

   it was paid on_____.

___ District Judge/Magistrate entering the order/judgment is_____

___ Court reporter assigned to this case is_____

___ If criminal case, number and names of defendants_____

___ This case was decided without a hearing, and therefore, there will be no transcript.

___ Appeal packet was given/sent to appellant.

                                                          Very truly yours,

                                                          _____/s/_____
                                                          Deputy Clerk